

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00500-CV

Cosmopolitan Group, Ltd. d/b/a Legacy Funeral Home
v.
Guadalupe Cazares

On Appeal from the
County Court at Law No 1 of Hidalgo County, Texas
Trial Cause No. CL-18-0347-A-1

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are taxed against party incurring same.

We further order this decision certified below for observance.

December 13, 2018